No. 87–482.  EASTER SEAL SOCIETY FOR CRIPPLED CHILDREN & ADULTS OF LOUISIANA, INC. v. PLAYBOY ENTERPRISES, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 87–849.  ALABAMA BOARD OF PARDONS AND PAROLES ET AL. v. ELLARD.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.